UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**VIVIENNE DYAL, et al.**

    **Plaintiffs,**

v.                                  3:22-cv-00578-MMH-MCR

**LLOYD AUSTIN, III and**
**KARL SCHULTZ, in their official capacities,**

    **Defendants.**

## PLAINTIFFS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a), Plaintiffs Vivienne Dyal, Charles Mathis, Nicholas Poehler, and Andrew Rupp, by and through their undersigned counsel, moves to voluntarily dismiss all of their claims against Defendants without prejudice. Plaintiffs file this motion before Defendants have answered and before Defendants have filed a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A).

Respectfully submitted,

*/s/ Brandon Johnson*
DC Bar No. 491370
*/s/ Travis Miller*
TX Bar No. 24072952
Defending the Republic
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219

Tel. (214) 707-1775
Email: bcj@defendingtherepublic.org
Email: twm@defendingtherepublic.org

## Certificate of Conference

I hereby certify that on June 16, 2022, I conferred with counsel for Defendants and they were unopposed to this Motion.

*/s/ Brandon Johnson*

## Certificate of Service

I hereby certify that on June 17, 2022, I electronically filed the foregoing notice with the Clerk of the Court by using the CM/ECF system, which will notify all attorneys of record of the filing.

*/s/ Travis Miller*